RECEIVED
FEB 18 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**RMF**
RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Parties are to advise the Court by 2/23/11 (noon) what discovery has taken place.

SO ORDERED:
Date: February 17, 2011
2/17/11
Richard M. Berman, U.S.D.J.

Writer's Direct Dial: (516) 663-6554
Writer's Direct Fax: (516) 663-6754
Writer's Direct E-mail: jschlossberg@rmfpc.com

By FedEx

Hon. Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse – Foley Square
500 Pearl Street, Courtroom 21B
New York, New York 10007

**MEMO ENDORSED**

Re: *Singh v. Air India and Swissport USA, Inc.*, 10-CV-6532 (RMB)

Dear Judge Berman:

    We represent defendant Air India in the above-referenced action. The current discovery cut-off is March 4, 2011. On consent of all parties, the parties jointly request a 60-day extension of the discovery cut-off. This is the first request for such extension. The request is necessitated by certain delays the most significant of which can be attributed to difficulty in obtaining medical records from plaintiff's medical providers. The parties have agreed to tentative dates for depositions in March and April if the Court approves this request. Counsel are prepared to attend the currently scheduled conference on March 9 although all agree that it would be premature at this time to bring principals.

    Accordingly, we respectfully request a 60-day extension of the discovery cut-off date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/11

Respectfully submitted,

Jeffrey M. Schlossberg
For the Firm

JMS:sbs
cc: Laurence J. Lebowitz, Esq. (by email)
    J. Gregory Lahr, Esq. (by email)
#508987

East Tower, 15th Floor, 1425 RXR Plaza, Uniondale, NY 11556-1425 ▪ 516.663.6600 ▪ 212.688.8300 ▪ F 516.663.6601 ▪ www.rmfpc.com