**RECEIVED FEB 23 2011 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

# RMF
## RuskinMoscouFaltischek
*Counselors at Law*

**MEMO ENDORSED**

Writer's Direct Dial: (516) 663-6554
Writer's Direct Fax: (516) 663-6754
Writer's Direct E-mail: jschlossberg@rmfpc.com

> Application granted. The discovery deadline is extended to 5/4/11. Final extension.
>
> SO ORDERED:
> Date: 2/23/11
> Richard M. Berman, U.S.D.J.

February 22, 2011

By FedEx

Hon. Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse – Foley Square
500 Pearl Street, Courtroom 21B
New York, New York 10007

Re: *Singh v. Air India and Swissport USA, Inc.*, 10-CV-6532 (RMB)

Dear Judge Berman:

We represent defendant Air India in the above-referenced action and write in response to the Court's Order dated February 22, 2011. To date, the parties have responded to all other parties' document demands. Plaintiff has produced responsive documents to Air India and Swissport has produced documents to Air India (although in our view Swissport's production is not complete). Air India will be producing documents by the end of this week per agreement among counsel. Air India responded to plaintiff's Interrogatories, although plaintiff is late in responding to a set of interrogatories from Air India. As noted in our earlier letter, we have been unable to obtain medical records from two out of three medical providers identified by plaintiff.

We trust this satisfactorily responds to the Court's concerns.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/11**

Respectfully submitted,

Jeffrey M. Schlossberg
For the Firm

JMS:sbs
cc: Laurence J. Lebowitz, Esq. (by email)
    J. Gregory Lahr, Esq. (by email)
#509309

East Tower, 15th Floor, 1425 RXR Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com