```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KARONA SINGH,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　10 Civ. 6532 (RMB) (DCF)
　　　　　- against -　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　**ORDER OF DISCONTINUANCE**
AIR INDIA, et al.,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　:
------------------------------------------------------------x

　　　　Based upon the Report of the Mediator to the Clerk of Court, filed May 10, 2011, indicating that the "court-ordered mediation . . . produced a stipulation settling all of the issues in this case," it is hereby

　　　　**ORDERED**, that the settlement conference scheduled for September 6, 2011 and the jury trial scheduled to begin on September 19, 2011 is vacated; and it is further

　　　　**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.


Dated: New York, New York
　　　　May 11, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD M. BERMAN, U.S.D.J.