UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KARONA SINGH,

                Plaintiff,

    -against-

AIR INDIA and SWISSPORT USA, INC.,

                Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AIR INDIA**

10-cv-6532 (RMB)

IT IS HEREBY STIPULATED, ORDERED AND AGREED, by the between attorneys for the parties in the above-entitled case that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims in the above-entitled action are hereby dismissed with prejudice as to defendant Air India without costs or attorneys' fees to plaintiff or Air India. This stipulation may be executed in counterparts and a facsimile shall be as good as an original.

Dated: Uniondale, New York
       May 11, 2011

BALLON STOLL BADER & NADLER, P.C.

By: _____
Laurence J. Lebowitz
Attorney for Plaintiff
729 Seventh Avenue - 17th Floor
New York, New York 10019

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Jeffrey M. Schlossberg
Attorney for Defendant Air India
1425 RXR Plaza
East Tower – 15th Floor
Uniondale, New York 11556
(516) 663-6600

SO ORDERED:

_____
U.S.D.J.

#516059