USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KARONA SINGH,

            Plaintiff,

-against-

AIR INDIA and SWISSPORT USA, INC.,

           Defendants.
------------------------------------------------------------X

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AIR INDIA

10-cv-6532 (RMB)

    IT IS HEREBY STIPULATED, ORDERED AND AGREED, by the between attorneys for the parties in the above-entitled case that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims in the above-entitled action are hereby dismissed with prejudice as to defendant Air India without costs or attorneys' fees to plaintiff or Air India. This stipulation may be executed in counterparts and a facsimile shall be as good as an original.

Dated: Uniondale, New York
        May 11, 2011

BALLON STOLL BADER & NADLER, P.C.

By: _____
    Laurence J. Lebowitz
Attorney for Plaintiff
729 Seventh Avenue – 17th Floor
New York, New York 10019

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
    Jeffrey M. Schlossberg
Attorney for Defendant Air India
1425 RXR Plaza
East Tower – 15th Floor
Uniondale, New York 11556
(516) 663-6600

SO ORDERED:

_____
RMB
U.S.D.J.
5/19/11

#516059